JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>PREMISES KNOWN AS 7967 NARNIA AVENUE, LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA | Case No. 2:22-mj-00315-DJA<br><br>**Government's Motion to Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PERSON OF CLARENCE MEEKINS, DATE OF BIRTH OF XX-XX-1985 | Case No. 2:22-mj-00316-DJA<br><br>**Government's Motion to Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A SILVER HONDA PILOT BEARING NEW YORK LICENSE PLATE # JHT2470 AND/OR VIN # 2HKYF18554H604689 | Case No. 2:22-mj-00317-DJA<br><br>**Government's Motion to Unseal Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to

///

///

1

unseal the Search Warrants filed under the instant cases and all related documents in anticipation of producing the same as discovery in Case No. 2:22-mj-00343-DJA.

DATED:  July 15, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Allison Reese

ALLISON REESE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>PREMISES KNOWN AS 7967 NARNIA AVENUE, LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA | Case No. 2:22-mj-00315-DJA<br><br>**Order to Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PERSON OF CLARENCE MEEKINS, DATE OF BIRTH OF XX-XX-1985 | Case No. 2:22-mj-00316-DJA<br><br>**Order to Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A SILVER HONDA PILOT BEARING NEW YORK LICENSE PLATE # JHT2470 AND/OR VIN # 2HKYF18554H604689 | Case No. 2:22-mj-00317-DJA<br><br>**Order to Unseal Case** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this 19th day of July, 2022.

                                                                    _____
                                                                    HONORABLE DANIEL J. ALBREGTS
                                                                    UNITED STATES MAGISTRATE JUDGE